App. Div. ]                 First Department, May, 1927.

ROSE LEMBO, Respondent, v. HELEN WEINBERGER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

EDWARD I. HEYMAN, Doing Business, etc., Respondent, v. SAM WITKIN and Another, Copartners, etc., Appellants.— Judgment and order reversed and new trial ordered, with costs to the appellants to abide the event, upon the ground that the verdict is against the weight of the credible evidence. Present — Dowling, P. J., Merrell, Martin and O'Malley, JJ.

KEYSTONE COSTUME CO., INC., Respondent, Appellant, v. SAMUEL COHEN, Appellant, Respondent, Impleaded with Others.— Judgment and order reversed and new trial ordered, with costs to the defendant, appellant, to abide the event, upon the ground of the error in the charge to the effect that the jury were bound to accept the evidence of plaintiff's interested witnesses as conclusive on the question of damages or to reject it in toto. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

HENRY D. SAYER, as Industrial Commissioner of the State of New York, Respondent, v. GERARDUS M. WYNKOOP, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

NICOLAS F. PAPADI, Respondent, v. JEAN P. OMOURLOGLOU, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

STAR COMPANY, Appellant, v. ARMSTRONG RUBBER COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

LENCO, INC., Appellant, v. HARRY HIRSCHFELD, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

NEW YORK YELLOW CAB CO. SALES AGENCY, INC., Appellant, v. HARRY WEINBERG, Doing Business, etc., Respondent.— Judgment and order reversed, with costs, and the motion denied, on the ground that a replevin action is not embraced within the terms of rule 113 of the Rules of Civil Practice. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

FELIX LEWIN and Others, Copartners, etc., Appellants, v. MAIL AND EXPRESS COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.